**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **SANELA MITTS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )          **Case No. 4:25-CV-1389-RHH** |
| | ) |
| **FRANK BISIGNANO,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant,** | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Frank Bisignano's motion to reverse the decision of the Administrative Law Judge (ALJ) and remand the case to Defendant for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  (ECF No. 16)  Plaintiff has not objected to Defendant's motion.

On September 15, 2025, Plaintiff filed a complaint seeking review of Defendant's final decision denying Plaintiff's application for Disability Insurance Benefits under the Social Security Act.  (ECF No. 1)  Defendant filed a transcript of the administrative proceedings, and Plaintiff filed a brief in support of the complaint, as well as statements of uncontroverted facts.  (ECF Nos. 6, 13, 13-1, 13-2)

In the instant motion, Defendant requests that the Court reverse and remand the case for further action under sentence four of section 205(g) of the Social Security Act, which authorizes the Court to enter "a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."  42 U.S.C. § 405(g).  *See also Buckner v. Apfel*, 213 F.3d 1006, 1010 (8th Cir. 2000).  Defendant represents that, upon review, agency counsel determined that remand is necessary "for further evaluation of

1

Plaintiff's claim." (ECF No. 16)  More specifically, Defendant states that on remand the ALJ will "offer the claimant an opportunity for a hearing and issue a new decision." (*Id.*)

Based on the record, the Court grants Defendant's unopposed motion to reverse the ALJ's decision and remand this matter to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's unopposed motion to reverse and remand (ECF No. 16) is **GRANTED**.

A separate judgment in accordance with this Memorandum and Order is entered this date.

Dated this 28th day of May, 2026.

                                    RODNEY H. HOLMES
                                    UNITED STATES MAGISTRATE JUDGE